HENRY R. STOUT, MARY E. STOUT, JAMES W. ARCHIBALD, AS ADMINISTRATOR DE BONIS NON OF THE ESTATE OF J. H. McGINNIS, DECEASED, AND AS ADMINISTRATOR OF THE ESTATE OF ARMETTA McGINNIS, DECEASED, J. R. CAMPBELL AND THOMAS S. WILMARTH, APPELLANTS, VS. THE SOUTHERN SAVINGS AND TRUST COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, APPELLEE.

Appeal from Circuit Court Duval county.

*Fletcher & Wurts*, for Appellants.

*W. B. Young*, for Appellee.

The bill in this case was filed by the appellee against

the appellants. There was decree for the complainant and the defendants appeal.

Appeal dismissed on præcipe of counsel for the appellants.